IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARINO, *et al.*,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>NATIONAL OCEANIC AND ATMOSPHERIC  )<br>ADMINISTRATION, *et al.*,  )<br>  )<br>Defendants.  )<br>  ) | Case No. 1:18-cv-2750-DLF |

**MOTION FOR EXTENSION OF TIME IN
LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for an extension of the deadline for Federal Defendants to file an answer or otherwise respond to the complaint in the above-captioned case.

1.      At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the Federal Defendants in this case. The Department does not know when funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys and employees of the Federal Defendants have been and will continue to be prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.      Under the Federal Rules of Civil Procedure, Federal Defendants are due to answer or otherwise respond to the complaint on February 1, 2019, which is 42 days after the lapse of appropriations began.

...

4. Undersigned counsel for the Department of Justice therefore requests an extension to file an answer or otherwise respond to the complaint until 42 days after Congress has restored appropriations to the Department.

5. If this motion for an extension is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.

6. Pursuant to Local Rule 7(m), counsel for Federal Defendants conferred with Plaintiffs' counsel regarding this motion. Plaintiffs' counsel indicated that Plaintiffs take no position on this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigant, the Government hereby moves for an extension of time for filing an answer or otherwise responding to the complaint until 42 days after Congress has restored appropriations and Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated:  January 17, 2019                    Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
SETH M. BARSKY
Chief
MEREDITH L. FLAX
Assistant Section Chief

 /s/ Frederick H. Turner
FREDERICK H. TURNER
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0641
Fax: (202) 305-0275
Email: frederick.turner@usdoj.gov

*Attorneys for Federal Defendants*

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

    */s/ Frederick H. Turner*
FREDERICK H. TURNER
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0641
Fax: (202) 305-0275
Email: frederick.turner@usdoj.gov

*Attorney for Federal Defendants*