**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARINO, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-cv-2750-DLF |
| NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, *et al.*, | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of Federal Defendants' Motion for Extension of Time in Light of Lapse of Appropriations, and for good cause shown, it is hereby ORDERED that the deadline for Federal Defendants to file an answer or otherwise respond to the complaint will be 42 days after funding for the Department of Justice has been restored.

_____                        _____
Date                                                         HON. DABNEY L. FRIEDRICH
                                                                  United States District Judge